463 A.2d 40

Commonwealth v. Hardy, Appellant.

Submitted January 7, 1983. Elaine DeMasse, Assistant Public Defender, for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BECK and JOHNSON, JJ.

The judgment of sentence of the lower court is affirmed.